IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF:

THE RESIDENCE LOCATED AT 250 CALVERT STREET, BRIDGEVILLE, PENNSYLVANIA 15017

Magistrate No. 21-141

## MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Soo C. Song, Assistant United States Attorney for said district, and sets forth the following:

On January 24, 2021, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned residence.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: *s/ Soo C. Song*
SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268